1
2
3
4
5
6                       UNITED STATES DISTRICT COURT

7                            DISTRICT OF NEVADA

8                                * * * * *

9   CHRISTOPHER JONES,                    )
                                          )   3:04-cv-00426-LRH (VPC)
10                      Plaintiff,         )
                                          )   ORDER
11  vs.                                   )
                                          )
12  MATTHEW JENSEN, et al.,               )
                                          )
13                      Defendants.       )
    _____)
14

15          The court has reviewed Plaintiff's Motion for Reconsideration (Doc. #150) and Plaintiff's

16  Objections to Magistrate Judge's Order (Doc. #164), and

17          It appearing to the court that the Magistrate Judge's Orders (Doc. #142 and Doc. #163)

18  are neither erroneous nor contrary to law, and good cause appearing,

19          The court affirms Magistrate Judge's Orders (Doc. #142 and Doc. #163) entered on

20  June 14, 2006, and September 19, 2006, respectively, and

21          IT IS ORDERED that Plaintiff's Motion for Reconsideration (Doc. #150) and Plaintiff's

22  Objections to Magistrate Judge's Order (Doc. #164) are DENIED.

23          DATED this 29th day of March, 2007.

24
25
26                                        _____
                                          LARRY R. HICKS
27                                        UNITED STATES DISTRICT JUDGE

28