UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| CHRISTOPHER JONES, ) | |
| ) | |
| Plaintiff, ) | 3:04-cv-00426-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| MATTHEW L. JENSEN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #188) entered on March 29, 2007, recommending granting in part and denying in part Defendants' Motion for Summary Judgment (Doc. #168/169) filed on October 30, 2006. Plaintiff filed his Partial Objections to the Magistrate Judge's Report and Recommendation (Doc. #191) on April 23, 2007, and Defendants filed their Response to Plaintiff's Objection to the Magistrate Judge's Report and Recommendation on Defendants' Summary Judgment Motion on May 16, 2007 (Doc. #196), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (Doc. #188) entered on March 29, 2007, should be adopted and

1  accepted.

2  IT IS THEREFORE ORDERED that the Report and Recommendation of U.S. Magistrate
3  Judge (Doc. #188) entered on March 29, 2007, is adopted and accepted, and Defendants' Motion for
4  Summary Judgment (#168/169) is GRANTED as to count 1, count 3; count 4 as to defendants
5  McDaniel and Whorton; count 5; count 6 to the extent that Plaintiff is attempting to bring this claim
6  on behalf of other inmates; and count 12; and DENIED as to count 2; count 4 as to defendant Lightsey;
7  count 7; and count 11.

8  IT IS SO ORDERED.

9  DATED this 12th day of July, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE