UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

CHRISTOPHER A. JONES,  )
                                            Plaintiff,  )  3:04-cv-00426-LRH-VPC
                                                     )  ORDER
vs.  )
MATTHEW L. JENSEN, et al.,  )
                                            Defendant.  )

Before the court is Plaintiff's Motion for Reconsideration/Objections to Magistrate Judges (#222) and Motion to Recall (#222) Until the Court can Settle the Factual Dispute and View Plaintiff's Reply (#225[1]).  Defendants responded (#228) and Plaintiff replied (#232).

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, the pleadings and memoranda of the parties, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#222) will, therefore, be sustained and Plaintiff's motion (#225) is denied.

IT IS SO ORDERED.

DATED this 28th day of August, 2008.

                                                            _____
                                                            LARRY R. HICKS
                                                            UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.